[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
Journal Entry
APPELLANT'S MOTION TO CORRECT ERRORS IN THE DECISION OF 6-22-99, IS GRANTED IN PART AND DENIED IN PART. THE ITEMS DENIED CORRECTION INCLUDE THE FOLLOWING PUTATIVE ERRORS: (1) PAGE 23, LINE 5, "WILLING" SHOULD BE "WEAVER" — CORRECTION DENIED BECAUSE THE RECORD, AT PAGES 675-677, SUPPORTS THE USE OF THE NAME "WILLING"; (2) PAGE 38, LINE 11, "POLKOWSKI" SHOULD BE "KROLIKOWSKI" — CORRECTION DENIED BECAUSE "POLKOWSKI" IS SPELLED THIS WAY IN THE RECORD AT PAGE 1002; (3) PAGE 47, LINE 11, "MAYHUGH" SHOULD BE "HAYHURST" — CORRECTION DENIED BECAUSE THE WITNESS USED THE NAME "MAYHUGH" IN THE RECORD AT PAGE 1115. THE REMAINDER OF THE CLERICAL ERRORS, WHICH ARE INADVERTENT AND NOT MATERIAL TO THE OUTCOME OF THE DECISION, ARE ORDERED CORRECTED AS FOLLOWS: (1) PAGE 12, LINE 8, "JOINER" SHOULD BE "NOWAC"; (2) PAGE 12, LINE 10, "JOINER" SHOULD BE "NOWAC"; (3) PAGE 19, LINE 2, "JOINER" SHOULD BE "BROWN"; (4) PAGE 29, LINE 21, "GYMNURA" SHOULD BE "GAMMA"; (5) PAGE 62, LINE 10, "EXEMPT" SHOULD BE "NON-EXEMPT"; (6) PAGE 68, LINE 17, "HOURLY" SHOULD BE "SALARIED"; (7) PAGE 68, LINE 17, "SALARIED" SHOULD BE "HOURLY"; (8) PAGE 75, LINE 4, "56" SHOULD BE "50"; (9) PAGE 77, LINE 4, "RUTH" SHOULD BE "CATHRYN" AND (10) PAGE 86, LINE 4, "NON-SALARIED" SHOULD BE "SALARIED." IT IS HEREBY FURTHER ORDERED THAT, AS SO AMENDED, SAID JOURNAL ENTRY AND OPINION OF 6-22-99 SHALL STAND IN FULL FORCE AND EFFECT IN ALL ITS PARTICULARS. THE CORRECTED ENTRY IS ATTACHED.
PRESIDING JUDGE, JOHN T. PATTON, CONCURS.
 JUDGE LEO M. SPELLACY, CONCURS
 _________________________________ JAMES D. SWEENEY JUDGE